UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anthony D. Harris Docket No. 5:13-MJ-1343-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony D. Harris, who, upon an earlier plea of guilty to Driving While Impaired - Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on October 5, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 13, 2016, the defendant provided a urine sample which later tested positive for cocaine. When confronted with the results, the defendant admitted to using while at a friend's home, and was referred to substance abuse counseling. Additionally, we would request the standard drug aftercare condition be added so that we may place the defendant into the surprise urinalysis program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: November 22, 2016 |

**ORDER OF THE COURT**

Considered and ordered this __22nd__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge