# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony D. Harris**                                     **Docket No. 5:13-MJ-1343-1**

### Petition for Action on Probation

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony D. Harris, who, upon an earlier plea of guilty to Driving While Impaired, Level 5, in violation of 18 U.S.C. § 13, assimilating NCGS 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on October 5, 2016, to 12 months probation under the conditions adopted by the court.

On October 13, 2016, the defendant provided a urine sample which later tested positive for cocaine. As a result of this violation, the court agreed to modify the defendant's conditions to include drug aftercare.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 4, 2017, the defendant provided a urine specimen which later tested positive for cocaine. When confronted with the results, the defendant admitted the use. The defendant is currently enrolled in Substance Abuse Treatment and the Surprise Urinalysis Program. We will continue to monitor the defendant's progress, and as a result of this test, we are recommending 3 days in custody of The Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing is
                                                    true and correct.


/s/ Eddie J. Smith                                  /s/ Tiffany C. Peacock
Eddie J. Smith                                      Tiffany C. Peacock
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    310 Dick Street
                                                    Fayetteville, NC 28301-5730
                                                    Phone: 910-354-2545
                                                    Executed On: February 7, 2017

### ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___February___, 2017, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge